**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Heather Ann Strouth, Case No. 25-32052

Debtor. Chapter 13

# ORDER

This case is before the Court on the US Trustee's motion to dismiss the case under 11 U.S.C. §§ 1307(c)(1), (c)(3), (c)(9) and 521(a)(1)(B), for the Debtor's failure to file documents required under 11 U.S.C. §521(a)(1)(B) and Federal Rule of Bankruptcy Procedure 1007(b) and (c). *See* ECF No. 13. The Debtor also filed an application to pay the filing fee in installments. *See* ECF No. 3. The Debtor has not cured its filing deficiencies since the filing and service of the US Trustee's motion.

Therefore, based on the record,

**IT IS ORDERED:**

1. The Trustee's motion to dismiss is granted.
2. The Debtor's application to pay the filing fee in installments is denied.
3. The case is dismissed without prejudice. **Notwithstanding the dismissal of this case, the Debtor must pay the filing fee of $313.00.**

**BY THE COURT:**

Dated: August 4, 2025

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 25-32052-MAB

Heather Ann Strouth Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 2

Date Rcvd: Aug 04, 2025 Form ID: pdf222 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 63431562 | | RUSHMORE SERVICING, P.O. BOX 640783, DALLAS TX 75265 |
| 63436836 | + | Xcel Energy, Attn: Bankruptcy Dept, 414 Nicollet Mall, Po Box 59, Minneapolis, MN 55440-0059 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: hastrouth@gmail.com | Aug 04 2025 21:08:00 | Heather Ann Strouth, 6420 170th Street East, Faribault, MN 55021-8605 |
| intp | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 04 2025 21:08:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 63441439 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2025 21:08:00 | Lakeview Loan Servicing, LLC, Attention: Bankruptcy, Dept. P.O. Box 619096, Dallas, TX 75261-9096 |
| 63442338 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2025 21:16:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Robert Shefferly | on behalf of Interested Party Lakeview Loan Servicing LLC rshefferly@trottlaw.com, clepley@trottlaw.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4